211 P.3d 88

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | |
|---|---|---|---|
| Chee v. Chee | 28843 | 06/19/2009 | Vacated & remanded |
| Baldauf v. AOAO Regency Park | 28646 | 06/25/2009 | Vacated & remanded |
| State v. Battey | 28642 | 06/30/2009 | Vacated & remanded |